

No. 17–0507/AR.  U.S. v. Orval W. Gould, Jr.  CCA 20120727.  Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 on this date on the following issues:

I.  WHETHER THE ARMY COURT OF CRIMINAL APPEALS IMPERMISSIBLY EXCEEDED THE LIMITATIONS OF ITS AUTHORITY ON REMAND FROM THIS COURT BY CONDUCTING A FACTUAL SUFFICIENCY REVIEW.

II.  WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED BY FINDING SPECIFICATION 1 OF CHARGE II FACTUALLY AND LEGALLY INSUFFICIENT.

III.  WHETHER NUDITY IS A *PER SE* REQUIREMENT FOR AN IMAGE TO CONSTITUTE A "LASCIVIOUS EXHIBITION OF THE GENITALS OR PUBIC AREA" IN 18 U.S.C. § 2256(8)(A).

Appellant will file a brief under Rule 22(b) in support of said certificate on or before August 14, 2017.

Monday, July 17, 2017

No. 17–0482/AF. U.S. v. Kenneth W. Frank, Jr. CCA 38854. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.

No. 17–0487/AR. U.S. v. Brian J. Jackson. CCA 20160208. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.

No. 17–0488/AR. U.S. v. Darrin V. Morris. CCA 20160379. Appellee's motion to file a 10–day letter out of time is denied.

No. 17–0508/AF. U.S. v. Nelson W. Meurer. CCA S32406. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 3, 2017.

No. 17–0509/AF. U.S. v. Zakery J. Schram. CCA 38954. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 3, 2017.

No. 17–0510/MC. U.S. v. Derrick L. Dinger. CCA 201600108. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 7, 2017.

No. 17–0511/MC. U.S. v. Frank A. Dellacamera III. CCA 201600230. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 7, 2017.

No. 17–0417/AR. U.S. v. D' Anthony J. Williams. CCA 20140604. On consideration of Appellant's petition for reconsideration of the Court's order issued June 21, 2017, it is ordered that said petition for reconsideration is denied.

No. 17–0424/AR. U.S. v. Cornelius D. Bailey. CCA 20160498. On consideration of Appellant's petition for reconsideration of the Court's order issued June 26, 2017, it is ordered that said petition for reconsideration is denied.

No. 17–0426/AR. U.S. v. Ruben D. Fuentes, Jr. CCA 20160780. On consideration of Appellant's petition for reconsideration of the Court's order issued June 28, 2017, it is ordered that said petition for reconsideration is denied.